

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

SM Energy Company,

\* From the 385th District Court
of Midland County,
Trial Court No. CV60114.

Vs. No. 11-23-00276-CV

\* February 22, 2024

DOI WinTex LLC; DOI Apache
Flats LLC; and Discovery Operating, Inc.,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered the parties' joint motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the party incurring same.